NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON CHAD RUMLIN, )
　 )
　　　　Appellant, )
　 )
v. ) Case No. 2D15-457
　 )
STATE OF FLORIDA, )
　 )
　　　　Appellee. )
_____)

Opinion filed August 5, 2016.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J. Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Jason Chad Rumlin, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


SILBERMAN, Judge.

　　　　Jason Chad Rumlin seeks review of his judgments and sentences in two

separate cases for two counts of delivery of a controlled substance within 1000 feet of a

place of worship and one count of possession of a controlled substance. Rumlin

entered open pleas to the charges, and the court imposed concurrent sentences of

44.25 months in prison. Counsel filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and Rumlin filed a pro se brief. We affirm because the record does not reflect reversible error.

We note that Rumlin filed a pro se motion to correct sentencing error while this appeal was pending pursuant to Florida Rule of Criminal Procedure 3.800(b)(2). However, this motion was untimely because it was served after Rumlin served his pro se brief. <u>See</u> <u>id.</u> Our record reflects that the trial court has not entered a written order on the motion. However, we note that any such order would be a nullity because of the untimeliness of the motion. <u>See</u> <u>State v. Hodges</u>, 151 So. 3d 531, 534 (Fla. 3d DCA 2014). We express no opinion on the merits of Rumlin's rule 3.800(b)(2) motion and affirm without prejudice to any right he may have to file a motion for postconviction relief.

Affirmed.


CRENSHAW and BADALAMENTI, JJ., Concur.